UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Del Monte International GMBH, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:13CV5912 RSWL MANx |
| Del Monte Corporation, DEFENDANT(S) | NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS |

TO:   COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO-120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and two (2) copies of the required notice (AO-121) in copyright matters.

[X]   Counsel: Please complete the necessary form and electronically file within ten (10) days.

[ ]   Pro Se Litigants: Please complete the enclosed form(s) and return to: Clerk, U. S. District Court, ATTN: Civil New Actions, at the following address within ten (10) days:

[ ] 312 N. Spring Street
Main Floor, Room G-8
Los Angeles, CA  90012
Phone: (213)894-2215

[ ] 411 West Fourth St.
Suite 1053
Santa Ana, CA 92701-4516
Phone: (714)338-4750

[ ] 3470 Twelfth Street
Room 134
Riverside, CA 92501
Phone: (951)328-4450

Clerk, U. S. District Court

August 13, 2013
Date

By   J.Prado
Deputy Clerk

Note:  Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

CV-31 (08/13)      NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS