| | |
|---|---|
| 1 | JASON RUSSELL (SBN 169219) |
| 2 | Jason.Russell@skadden.com<br>WINSTON P. HSIAO |
| 3 | Winston.Hsiao@skadden.com (SBN 273638 )<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 4 | 300 South Grand Avenue, Suite 3400 |
| 5 | Los Angeles, CA 90071<br>Telephone:  (213) 687-5000 |
| 6 | Facsimilie:   (213) 687-5600 |
| 7 | Attorneys for Plaintiff<br>DEL MONTE INTERNATIONAL GMBH |
| 8 | THOMAS H. ZELLERBACH (SBN 154557) |
| 9 | tzellerbach@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 10 | 1000 Marsh Road<br>Menlo Park, CA 94025 |
| 11 | Telephone:  (650) 614-7400<br>Facsimile:   (650) 614-7401 |
| 12 | Attorney for Defendant |
| 13 | DEL MONTE CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEL MONTE INTERNATIONAL GMBH,<br><br>           Plaintiff,<br><br>    v.<br><br>DEL MONTE CORPORATION,<br><br>           Defendant. | Case No. 2:13-cv-5912-RSWL-MAN<br><br>**JOINT STIPULATION TO ALLOW DEFENDANT DEL MONTE CORPORATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:     Sept. 9, 2013<br>Current Response Date: Sept. 30, 2013<br>New Response Date:     Oct. 14, 2013<br>Hon. Ronald S.W. Lew |

**JOINT STIPULATION**

Plaintiff Del Monte International GmbH ("DMI") and Defendant Del Monte Corporation ("Del Monte") by and through their respective counsel, hereby stipulate and agree as follows:

1. On August 13, 2013, DMI filed its Complaint in this action.

2. On September 9, 2013, Del Monte's counsel accepted service of the Complaint.

3. In exchange for Del Monte's counsel's accepting service of the Complaint, DMI agreed to allow DMI fourteen (14) additional days to answer, move, or otherwise respond to the Complaint, making the response date October 14, 2013.

Accordingly, the parties hereby stipulate that Defendant Del Monte shall have up to and including October 14, 2013, to answer, move, or otherwise respond to the Complaint.

///
///

Dated: September 12, 2013

JAMIE STOCKTON
Skadden, Arps, Slate, Meagher & Flom LLP

By: */s/Jamie Stockton/*
JAMIE STOCKTON
Attorneys for Plaintiff
DEL MONTE INTERNATIONAL GMBH

Dated: September 12, 2013

THOMAS H. ZELLERBACH
Orrick, Herrington & Sutcliffe LLP

By: */s/Thomas H. Zellerbach/*
THOMAS H. ZELLERBACH
Attorneys for Defendant
DEL MONTE CORPORATION

<u>L.R. 5-4.3.4(a)(2)(i) ATTESTATION</u>

I attest that all other signatories listed on this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/Thomas H. Zellerbach/*
THOMAS H. ZELLERBACH