| | |
|---|---|
| 1 | THOMAS H. ZELLERBACH (SBN 154557) |
| | tzellerbach@orrick.com |
| 2 | SCOTT T. LONARDO (SBN 285001) |
| | slonardo@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone:  (650) 614-7400 |
| 5 | Facsimile:   (650) 614-7401 |
| 6 | Attorneys for Defendant DEL MONTE CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEL MONTE INTERNATIONAL GMBH, | Case No. 2:13-cv-5912-RSWL-MAN |
| Plaintiff, | **DEL MONTE CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |
| v. | |
| DEL MONTE CORPORATION, | Date:        November 13, 2013 |
| Defendant. | Time:        10:00 a.m. |
| | Courtroom:  21 |
| | Judge:       Hon. Ronald S.W. Lew |

OHSUSA:754625074.2

DEL MONTE'S NOTICE OF MOTION TO DISMISS
CASE NO. 2:13-cv-5912-RSWL-MAN

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Del Monte Corporation ("Del Monte") will and hereby does move the Court to dismiss Plaintiff Del Monte International GmbH's ("DMI's") complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  Subject to the Court's availability, the motion will be heard on November 13, 2013 at 10:00 a.m., in Courtroom 21, before the Honorable Ronald S.W. Lew.

This motion follows a conference of counsel pursuant to Local Rule 7-3 that took place on October 4, 2013.

The grounds for this motion are as follows:

(1) DMI's complaint fails to satisfy Article III's "case or controversy" requirement because there is no justiciable dispute as to whether DMI is a cybersquatter under the Anti-cybersquatting Consumer Protection Act ("ACPA"). DMI's allegations confirm that point because DMI alleges that Del Monte has not objected to any of DMI's prior or existing domain name registrations.

(2)  DMI's complaint also fails to state a claim upon which relief can be granted because DMI does not and cannot allege that DMI is or was the registrant of the top level domain name <.delmonte> or that DMI has trafficked in or used the top level domain name <.delmonte> as required by the ACPA.  *See* 15 U.S.C. § 1125(d)(1)(A).

(3) The relief DMI seeks is not the type of relief any federal court can grant. DMI's request for a declaration of "*bona fide*" trademark rights in the DEL MONTE mark seeks to have the Court issue an improper advisory opinion and to evaluate a foreign trademark registration, both of which are beyond this Court's jurisdiction.  Similarly, there is no legal basis and no live controversy for this Court to assess whether DMI's registration of the <.delmonte> TLD would create an "*impermissible* likelihood of confusion," a standard  that does not appear in U.S.

1  trademark law, or to issue an order for Del Monte to withdraw a Legal Rights
2  Objection that the World Intellectual Property Organization resolved over two
3  months ago.

4  (4) Finally, even were the Court to conclude that subject matter jurisdiction
5  exists over DMI's complaint, the Court should decline to exercise that jurisdiction
6  pursuant to its discretion under the Declaratory Judgment Act.

7  Del Monte bases this motion on this notice; the concurrently filed
8  Memorandum in Support of Del Monte Corporation's Motion to Dismiss Pursuant
9  to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), any subsequently filed reply or
10 supplemental memorandum and accompanying papers, the legal authorities cited
11 within those papers, and any other arguments, evidence, and matters submitted to
12 the Court, at the hearing or otherwise.

Dated:   October 15, 2013

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


    /s/ Thomas H. Zellerbach
_____

Thomas H. Zellerbach (SBN 154557)
tzellerbach@orrick.com
Scott T. Lonardo (SBN 285001)
slonardo@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant Del Monte Corporation

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754625074.2

- 2 -

DEL MONTE'S NOTICE OF MOTION TO DISMISS
CASE NO. 2:13-CV-5912-RSWL-MAN