JASON D. RUSSELL (SBN 169219)
Jason.Russell@skadden.com
WINSTON P. HSIAO
Winston.Hsiao@skadden.com (SBN 273638)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

OF COUNSEL:
ANTHONY J. DREYER (*Admitted Pro Hac Vice*)
Anthony.Dreyer@skadden.com
JAMIE STOCKTON (*Admitted Pro Hac Vice*)
Jamie.Stockton@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3097
Facsimile: (917) 777-3097

Attorneys for Plaintiff
DEL MONTE INTERNATIONAL GMBH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DEL MONTE INTERNATIONAL GMBH,<br><br>    Plaintiff,<br><br>        v.<br><br>DEL MONTE CORPORATION,<br><br>    Defendant. | Case No. 2:13-cv-5912-RSWL-MAN<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING AND EXTEND BRIEFING SCHEDULE FOR DEFENDANT DEL MONTE CORPORATION'S MOTION TO DISMISS**<br><br>Complaint Filed:   August 13, 2013<br>Hon. Ronald S.W. Lew |

---

[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE HEARING AND EXTEND BRIEFING
SCHEDULE FOR DEFENDANT DEL MONTE CORPORATION'S MOTION TO DISMISS

## ORDER

The Court, having considered the stipulation of the Parties, and for good cause shown, orders as follows:

(1) Plaintiff shall file its papers in opposition to the Motion to Dismiss no later than November 6, 2013;

(2) Defendant shall file any reply papers in support of the Motion to Dismiss no later than November 20, 2013;

(3) The hearing date for the Motion to Dismiss shall be moved to December 4, 2013 at 10:00 a.m.

IT IS SO ORDERED.

DATED:   October 22, 2013

RONALD S.W. LEW
THE HONORABLE RONALD S.W. LEW